# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LORI SUTCLIFFE and GARY SUTCLIFFE, <br><br> Plaintiffs, <br><br> v. <br><br> LONNIE BERNESE, WATERSTREET ENTERPRISES LLC, CARL KOSMAN, GLENN MOYER, and JEFFREY SHAFFER, <br><br> Defendants. | No. 4:19-CV-00317 <br><br> (Judge Brann) |

## ORDER

**AND NOW**, this 12th day of August 2019, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that Defendants' Motion to Dismiss, July 21, 2019, ECF No. 26 is **GRANTED in part and DENIED in part**. Defendant Lonnie Bernese's answer to the complaint is due no later than August 26, 2019.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge